1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH DAWSON,

11          Plaintiff,                    No. CIV S-03-0967 MCE GGH P
        vs.
12
     ARNOLD SCHWARZENEGGER,
13   Governor of California, et al.,

14          Defendants.
     _____/
15
     STEVEN GOMEZ,
16
            Plaintiff,                    No. CIV S-03-0968 MCE GGH P
17
        vs.
18
     ARNOLD SCHWARZENEGGER,
19   Governor of California, et al.,

20          Defendants.
     _____/
21
     EDWARD HARO,
22
            Plaintiff,                    No. CIV S-03-0973 MCE GGH P
23      vs.
     ARNOLD SCHWARZENEGGER,
24   Governor of California, et al.,

25          Defendants.
     _____/
26

1

1 ZACHARIAH GUZMAN,

2         Plaintiff,              No. CIV S-03-0977 MCE GGH P

3    vs.

4 ARNOLD SCHWARZENEGGER,
Governor of California, et al.,       ORDER

5

         Defendants.

6 _____/

7         By motion filed January 27, 2006, the court has been informed that CDC has

8 changed its hair length regulations on an emergency basis which are in effect at present.  The

9 regulations may become permanent after a period of public comment.  Defendants believe the

10 cases captioned above to now be moot as it involved the length of inmates' hair.

11         The pertinent, modified regulation reads in part:

12         An inmate's hair may be any length but shall not extend over the
eyebrows, cover the inmate's face or pose a health and safety risk.

13         If hair is long, it shall be worn in a neat, plain style, which does not
draw undue attention to the inmate.

14

15 15 CCR § 3062.

16 Styles of long hair such as braids, cornrows, ponytails, or dreadlocks are acceptable. § 3062(g).

17         Plaintiffs in the above-captioned cases shall respond thirty days from the filed date

18 of this order as to whether they believe the modified regulation, if it becomes final, will moot the

19 case.  In no event will any ruling be made until the regulations become final.

20 \\\\\

21 \\\\\

22 \\\\\

23 \\\\\

24 \\\\\

25 \\\\\

26 \\\\\

1    THEREFORE, the court orders all summary judgment motions made by any party

2  in the above captioned cases to be vacated.

3  DATED: 2/8/06

4

5                                                    /s/ Gregory G. Hollows

6                                                    _____
                                                      GREGORY HOLLOWS
7                                                    UNITED STATES MAGISTRATE JUDGE

     GGH:gh:035
8  dawson.ord

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26