1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH DAWSON,                      No. 2:03-cv-0967-MCE-GGH-P

12              Plaintiff,

13        v.                             ORDER

14   ARNOLD SCHWARZENEGGER,
     Governor of California, et al.,

15

              Defendants.
16   _____/

17   STEVEN GOMEZ,                       No. 2:03-cv-0968-MCE-GGH-P

18              Plaintiff,
          v.
19
     ARNOLD SCHWARZENEGGER,
20   Governor of California, et al.,

21            Defendants.

22   _____/

23   ///

24   ///

25   ///

26   ///

                              1

1  EDWARD HARO,                                    No. 2:03-cv-0973-MCE-GGH-P

2            Plaintiff,

3        v.

4  ARNOLD SCHWARZENEGGER,
   Governor of California, et al.,

5            Defendants.
   _____/

6
   ZACHARIAH GUZMAN,                               No. 2:03-cv-0977-MCE-GGH-P

7            Plaintiff,

8
         v.

9
   ARNOLD SCHWARZENEGGER,

10 Governor of California, et al.,
            Defendants.

11 _____/

12        Plaintiffs, state prisoners proceeding pro se, have filed these civil rights actions seeking

13 relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

14 pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

15        On August 11, 2006, the magistrate judge filed findings and recommendations herein

16 which were served on all parties and which contained notice to all parties that any objections to

17 the findings and recommendations were to be filed within twenty days.  No party has filed

18 objections to the findings and recommendations.

19        The court has reviewed the file and finds the findings and recommendations to be

20 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

21 ORDERED that:

22 ///

23 ///

24 ///

25 ///

26 ///

                                        2

1.  The findings and recommendations filed August 11, 2006, are adopted in full; and

2.  Plaintiffs' actions are dismissed as moot.

DATED: September 18, 2006

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3